UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EVERETT POUNDS,

    Plaintiff,                    CIVIL ACTION NO. 06-CV-11670-DT

v.                                 DISTRICT JUDGE PATRICK J. DUGGAN

CORRECTIONAL MEDICAL       MAGISTRATE JUDGE DONALD A. SCHEER
SERVICES, et. al.,

    Defendants
_____/

ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

      Plaintiff filed the instant prisoner civil rights action, pursuant to 42 U.S.C. § 1983, seeking declaratory, injunctive and monetary relief. He was granted in forma pauperis status. Plaintiff claimed that, while incarcerated at the Mound Correctional Facility, he was denied timely access to health care after complaining of an earache. The earache allegedly developed into an ear infection and partial loss of hearing. Plaintiff filed a Motion seeking to amend his Complaint on June 16, 2006, seeking to add parties defendant. Fed.R.Civ.P. 15(a) permits a party to amend his Complaint once as a matter of course at any time before a responsive pleading is served. No Answer has been served in this case. Plaintiff is ordered to file the Amended Complaint, pursuant to Federal Rule 15(a). Plaintiff must provide the Court with the names and addresses of the parties he seeks to add within 30 days of the filing date of this order so that service by the United States Marshal may be

effected. Failure to do so may result in dismissal of the added defendants for want of prosecution.

    SO ORDERED.

                                        s/Donald A. Scheer
                                        DONALD A. SCHEER
                                        UNITED STATES MAGISTRATE JUDGE

DATED: July 20, 2006

---

## CERTIFICATE OF SERVICE

     I hereby certify on July 20, 2006 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on July 20, 2006. **Everett Pounds.**

                                        s/Michael E. Lang
                                        Deputy Clerk to
                                        Magistrate Judge Donald A. Scheer
                                        (313) 234-5217